ALFRED JONES, Appellant, *v.* NEW YORK SAVINGS BANK, Respondent.

Submitted April 16, 1942; decided April 30, 1942.

*Abraham I. Last* and *Samuel M. Last* for appellant.

*Ralph H. Terhune* and *E. C. Sherwood* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.